UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FRANCIS WANJIRU,          )
                          )
         Petitioner       )
                          )       Civil Action No.
    v.                    )       04CV10030-EFH
                          )
JOSEPH MCDONOUGH, SHERIFF,)
PLYMOUTH COUNTY,          )
                          )
         Respondent       )


RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of removal against petitioner **on February 18, 2004.**

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

            By: _____
                 FRANK CROWLEY
                 Special Assistant U.S. Attorney
                 Department of Homeland Security
                 P.O. Box 8728
                 J.F.K. Station
                 Boston, MA 02114
                 (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's immigration custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on February 4, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114