## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FRANCIS WANJIRU,
                Petitioner

        v.                                  CIVIL ACTION NO.:
                                            04-10030-EFH

JOSEPH McDONOUGH, SHERIFF,
PLYMOUTH COUNTY,
                Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

February 18, 2004

HARRINGTON, S.D.J.

      Upon review of the Respondent Joseph McDonough, Sheriff, Plymouth County's Motion to Dismiss Petitioner's Petition for a Writ of Habeas Corpus under 28 U.S.C. Section 2241, the Court grants same on the ground that the petition fails to state a claim upon which relief may be granted because petitioner's removal is now scheduled to occur on February 18, 2004.

      This case is ordered dismissed.

      SO ORDERED.

                                                        /s/ Edward F. Harrington
                                                        EDWARD F. HARRINGTON
                                                        United States Senior District Judge